ROSALIE BORYSEVICZ, Appellant, v. VINCENT BORYSEVICZ, Respondent.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.